

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CYNTHIA DARLENE HALDERMAN and SHERRY JEAN LACINA, | § | No. 08-24-00070-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 87th Judicial District Court |
| v. | § | |
| | § | of Leon County, Texas |
| BOBBIE J. IVY, Independent Executrix of the Estate of J.D. BOYD, | § | (TC# 21-0255CV) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below denying Appellants' request for declaratory relief. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER 2024.

LISA J. SOTO, Justice

October 31, 2024

Before Alley, C.J., Palafox and Soto, JJ.